749 A.2d 366

GERALD A. LEBEDZ, PLAINTIFF–MOVANT, v. MCGRAW–HILL, INC., ETC., ET AL., DEFENDANTS–RESPONDENTS.

March 8, 2000.

Leave to appeal is granted, and the matter is summarily remanded to the Appellate Division to hear appeal on the merits.

749 A.2d 366

CARMELLA R. LAFAGE, ET AL., PLAINTIFFS–RESPONDENTS, v. DEVENDRA JANI, M.D., ET AL., DEFENDANTS–RESPONDENTS.

ANGELO J. FALCIANI, ETC., ET AL., INTERVENORS–MOVANTS.

March 22, 2000.

*Cross-motion* for Leave to appeal is granted.

749 A.2d 366

JOSEPH CORN & SONS, INC., ET AL., PLAINTIFFS–MOVANTS, v. NIA, LTD., ET AL., DEFENDANTS–RESPONDENTS.

March 22, 2000.

ORDERED that the motion to vacate the Order of dismissal and reinstate the notice of petition for certification is granted. The petition for certification is to be served and filed on or before April 3, 2000.